**715** GRANGER vs. SUPERIOR COURT JUDGE (Detroit), 44 M., 384.

To vacate a judgment.

Denied October 13, 1880.

Judgment by default is not absolutely void for want of sufficient notice of the rule to plead, where process has been personally served; and if the party suffering judgment neglects to

seek relief against it on error until the other party would have lost his remedy by lapse of time, he cannot then have it vacated by mandamus. Costs not awarded when proceeding brought at respondent's request.